**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| WALKER DIGITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> 2K GAMES, INC., *et al.*, <br><br> Defendants. | C.A. No. 11-649-RGA |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE WITHDRAW the appearances of Evan Rosenbaum, Esquire and Jordan Adler, Esquire, on behalf of Plaintiff Walker Digital, LLC, as they are no longer associated with Cohen & Gresser LLP. All other appearances of counsel shall remain the same. Please adjust your service lists accordingly.

| | |
|---|---|
| April 5, 2012 | BAYARD, P.A. |
| OF COUNSEL: <br> Karen H. Bromberg <br> Sandra C. McCallion <br> Damir Cefo <br> Francisco A. Villegas <br> COHEN & GRESSER LLP <br> 800 Third Avenue <br> New York, NY 10022 <br> (212) 957-7600 <br> kbromberg@cohengresser.com <br> smccallion@cohengresser.com <br> dcefo@cohengresser.com <br> fvillegas@cohengresser.com | /s/ *Vanessa R. Tiradentes* <br> Richard D. Kirk (rk0922) <br> Stephen B. Brauerman (sb4952) <br> Vanessa R. Tiradentes (vt5398) <br> 222 Delaware Avenue, Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE 19899 <br> (302) 655-5000 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> vtiradentes@bayardlaw.com <br><br> *Attorneys for Plaintiff Walker Digital, LLC* |